Castel, K.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-4-16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Energy Intelligence Group, Inc., et al.,

    Plaintiff(s)

v.

Scotia Capital (USA) Inc.

    Defendant.

---

Civil Action No. 16-cv-617 (PKC)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** that the date by which Defendant shall answer, move, or otherwise respond to the Complaint is hereby extended through and including March 23, 2016.

Dated: New York, New York
February 3, 2016

**POWLEY & GIBSON, P.C.**
*Attorneys for Plaintiffs*

By: _____
Matthew P. Abbott
304 Hudson Street, Suite 202
New York, NY 100013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085
Email: mfabbott@powleygibson.com

**MAYER BROWN LLP**
*Attorneys for Defendant*

By: _____
A. John P. Mancini
1221 Avenue of the Americas
New York, NY 100020-1001
Telephone: (212) 506-2295
Facsimile: (212) 849-5895
Email: jmancini@mayerbrown.com

SO ORDERED this 4 day of February, 2016

_____
U.S.D.J. P. Kevin Castel